Co-Personal Representative and Survivor ANN MARIE PRESNELL,

    Appellant,

v.

JOHN GAVIN WIGGINS, as Co-Personal Representative of the Estate of John Lawton Wiggins and PERRY & YOUNG, P.A.,

    Appellees.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4994

Opinion filed September 26, 2014.

An appeal from the Circuit Court for Gadsden County.
James O. Shelfer, Judge.

David M. Frank of Freidman, Frank & Abrahamsen, Tallahassee and Karen J. Haas of the Law Offices of Karen J. Haas, Miami, for Appellant.

Steven M. Puritz, J. Wiley Horton, and William D. Horgan of Pennington, P.A., Tallahassee, for Appellee Perry & Young, P.A.

PER CURIAM.

    AFFIRMED.

LEWIS, C.J., BENTON, and RAY, JJ., CONCUR.